# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1999

Chinomso Emmanuel Onuoha

Petitioner

v.

Merrick B. Garland, Attorney General of the United States and Alejandro Mayorkas, The Secretary of U.S. Department of Homeland Security

Respondents

_____

Petition for Review of an Order of the DHS Homeland Security
(A213-643-976)
_____

**MANDATE**

In accordance with the judgment of August 10, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 03, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit